1  RAYMOND MURO (SBN: 259871)
   *rmuro@grsm.com*
2  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd floor
3  Los Angeles, CA 90071
   Telephone: (213) 576-5018
4  Facsimile: (213) 680-4470

5  Attorneys for Defendant
   GREEN DAY POWER

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

| MICHAEL MCLANAHAN and CAMERON MCLANAHAN, | CASE NO. 2:20-cv-01931-TLN-JDP |
|---|---|
| Plaintiffs, | Honorable Troy L. Nunley |
| vs. | **ORDER ON STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT GREEN DAY POWER TO RESPOND TO INITIAL COMPLAINT** |
| GREEN DAY POWER, | |
| Defendant. | **[L.R. 144; Fed. R. Civ. P. 6]** |
| | Complaint Filed:       09/25/2020 |
| | Complaint Served:      09/30/2020 |
| | Original Response Date: 10/21/2020 |
| | Current Response Date (Per First Stipulation):  11/18/2020 |
| | **New Response Date:   12/18/2020** |

WHEREAS, Plaintiffs MICHAEL MCLANAHAN and CAMERON MCLANAHAN ("Plaintiffs") on the one hand, and Defendant GREEN DAY POWER, on the other hand, have stipulated to extend GREEN DAY POWER's time to respond to Plaintiffs' Complaint (Doc. No. 1), and good cause appearing,

-1-

1    IT IS HEREBY ORDERED that, upon good cause shown, Defendant GREEN DAY
2 POWER shall have up to and including December 18, 2020, to respond to Plaintiffs' Complaint.
3    **IT IS SO ORDERED.**

5 Dated: November 12, 2020

  Troy L. Nunley
  United States District Judge