RAYMOND MURO (SBN: 259871)
*rmuro@grsm.com*
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5018
Facsimile: (213) 680-4470

Attorneys for Defendant
GREEN DAY POWER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCLANAHAN and CAMERON MCLANAHAN,<br><br>       Plaintiffs,<br><br>   vs.<br><br>GREEN DAY POWER,<br><br>       Defendant. | CASE NO. 2:20-cv-01931-TLN-JDP<br><br>Honorable Troy L. Nunley<br><br>**ORDER ON SECOND STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT GREEN DAY POWER TO RESPOND TO INITIAL COMPLAINT**<br><br>**[L.R. 144; Fed. R. Civ. P. 6]**<br><br>Complaint Filed:         09/25/2020<br><br>Complaint Served:       09/30/2020<br><br>Original Response Date:  10/21/2020<br><br>Current Response Date<br> (Per First Stipulated<br>  Motion to Extend Time):  12/18/2020<br><br>**New Response Date:      1/8/2021** |

WHEREAS, Plaintiffs MICHAEL MCLANAHAN and CAMERON MCLANAHAN ("Plaintiffs") on the one hand, and Defendant GREEN DAY POWER, on the other hand, have stipulated to extend GREEN DAY POWER's time to respond to Plaintiffs' Complaint (Doc. No. 1), and good cause appearing,

1  IT IS HEREBY ORDERED that, upon good cause shown, Defendant GREEN DAY

2 POWER shall have up to and including January 8, 2021, to respond to Plaintiffs' Complaint.

3  IT IS SO ORDERED.

5  DATED: December 9, 2020

6  Troy L. Nunley
   United States District Judge

-2-

Order on Second Stipulated Motion to Extend Time for
Defendant to Respond to Complaint                    2:20-cv-01931-TLN-JDP