1  RAYMOND MURO  (SBN: 259871)
   *rmuro@grsm.com*
2  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd floor
3  Los Angeles, CA 90071
   Telephone: (213) 576-5018
4  Facsimile: (213) 680-4470

5  Attorneys for Defendant
   GREEN DAY POWER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| MICHAEL MCLANAHAN and CAMERON MCLANAHAN,<br><br>Plaintiffs,<br><br>vs.<br><br>GREEN DAY POWER,<br><br>Defendant. | CASE NO. 2:20-cv-01931-TLN-JDP<br><br>Honorable Troy L. Nunley<br><br>**ORDER ON FOURTH (AND FINAL) STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT GREEN DAY POWER TO RESPOND TO INITIAL COMPLAINT**<br><br>**[L.R. 144; Fed. R. Civ. P. 6]**<br><br>Complaint Filed:           09/25/2020<br><br>Complaint Served:       09/30/2020<br><br>Original Response Date:  10/21/2020<br><br>Current Response Date<br> (Per First Stipulated<br>  Motion to Extend Time):  1/29/2021<br><br>**New Response Date:     2/12/2021** |
|---|---|

WHEREAS, Plaintiffs MICHAEL MCLANAHAN and CAMERON MCLANAHAN ("Plaintiffs") on the one hand, and Defendant GREEN DAY POWER, on the other hand, have stipulated to extend GREEN DAY POWER's time to respond to Plaintiffs' Complaint (Doc. No. 1), and good cause appearing,

-1-

Order on Fourth (and Final) Stipulated Motion to Extend Time for
Defendant to Respond to Complaint                                    2:20-cv-01931-TLN-JDP

1  IT IS HEREBY ORDERED that, upon good cause shown, Defendant GREEN DAY
2  POWER shall have up to and including February 12, 2021, to respond to Plaintiffs' Complaint.
3  IT IS SO ORDERED.

5  DATED: January 25, 2021

                Troy L. Nunley
                United States District Judge

-2-

Order on Fourth (and Final) Stipulated Motion to Extend Time for
Defendant to Respond to Complaint                2:20-cv-01931-TLN-JDP

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA  90071