1  RAYMOND MURO (SBN: 259871)
   *rmuro@grsm.com*
2  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd floor
3  Los Angeles, CA 90071
   Telephone: (213) 576-5018
4  Facsimile: (213) 680-4470

5  Attorneys for Defendant
   GREEN DAY POWER

6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

| MICHAEL MCLANAHAN and CAMERON MCLANAHAN, | CASE NO. 2:20-cv-01931-TLN-JDP |
|---|---|
|  | Honorable Troy L. Nunley |
| Plaintiffs, | Courtroom 2 |
| vs. | **JOINT NOTICE OF SETTLEMENT** |
| GREEN DAY POWER, | Complaint Filed:  09/25/2020 |
| Defendant. | Complaint Served:  09/30/2020 |
|  | Original Response Date:  10/21/2020 |
|  | Current Response Date (Per First Stipulated Motion to Extend Time):  1/29/2021 |
|  | **New Response Date:  2/12/2021** |

22  **TO THIS HONORABLE COURT:**

23      Defendant GREEN DAY POWER and Plaintiffs MICHAEL

24  MCLANAHAN and CAMERON MCLANAHAN ("Plaintiffs") (collectively, "the

25  Parties"), by and through undersigned counsel, respectfully submit this Joint

26  Notice of Settlement pursuant to Civil Local Rules 160 and 272 and inform the

27  Court as follows:

28

*Gordon Rees Scully Mansukhani, LLP*
*633 West Fifth Street, 52nd floor*
*Los Angeles, CA  90071*

The Parties have reached a settlement as to all claims in this action and are attempting to finalize the language of the settlement agreement. The Parties anticipate filing a stipulation for dismissal within thirty (30) days. The Parties also request that any status reports and status conferences currently due or scheduled be cancelled.

Respectfully submitted,

Dated: February 12, 2021    GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Raymond J. Muro*
Raymond J. Muro
Attorneys for Defendant
GREEN DAY POWER

Dated: February 12, 2021    ANDERSON + WANCA

By: */s/ Ryan M. Kelly*
Ryan M. Kelly, PHV Forthcoming
Law Offices of S. Chandler Visher
S. Chandler Visher
Attorneys for Plaintiffs
MICHAEL MCLANAHAN and CAMERON MCLANAHAN

**ATTESTATION REGARDING SIGNATURES**

I, Raymond Muro, hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATE: February 12, 2021                         */s/ Raymond J. Muro*
                                                 Raymond J. Muro

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

-3-

2:20-cv-01931-TLN-JDP
JOINT NOTICE OF SETTLEMENT