S. CHANDLER VISHER S.B.N. 52957
LAW OFFICES OF S. CHANDLER VISHER
268 Bush St., #4500
San Francisco, California 94104
Telephone: (415) 901-0500
Facsimile: (415) 901-0504
chandler@visherlaw.com

Local Counsel for Plaintiff

RYAN M. KELLY (*Pro Hac Vice Admitted*)
ANDERSON & WANCA
3701 Algonquin Road, Ste 500vol
Rolling Meadows, IL 60008
Telephone: (847)368-1500
Facsimile: (847)368-1501
rkelly@andersonwanca.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MICHAEL MCLANAHAN and CAMERON MCLANAHAN, individually and as the representatives of a class of similarly-situated persons,<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br>GREEN DAY POWER,<br>　　　　　　　　　Defendant. | Case No. 2:20-cv-01931-TLN-JDP<br>Honorable Troy L. Nunley<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)**<br><br>Complaint filed:   09/25/2020 |

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiffs, MICHAEL MCLANAHAN and CAMERON MCLANAHAN, through their undersigned attorneys, hereby dismiss this action without prejudice.

Respectfully submitted,

**ANDERSON + WANCA**

*/s/ Ryan M. Kelly*
Ryan M. Kelly (*admitted pro hac vice*)

One of the Attorneys for Plaintiffs. MICHAEL MCLANAHAN and CAMERON MCLANAHAN, individually and as the representatives of a class of similarly-situated persons

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was file via the CM/ECF system and served electronically on all counsel of record via the Court's electronic noticing system on this 10th day of March, 2021.

*s/ Ryan M. Kelly*
Ryan M. Kelly
One of Plaintiff's Attorneys

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL